UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| HEIDI JONES, <br><br> Plaintiff, <br><br> vs. <br><br> SAFECO INSURANCE COMPANY OF AMERICA, ET AL., <br><br> Defendants. | 2:19-CV-10542-TGB <br><br> ORDER <br><br> HONORABLE <br> TERRENCE G. BERG |

## **ORDER DISMISSING CASE**

Pursuant to the Notice of Stipulation of Dismissal (ECF No. 16), this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

DATED this 12th day of March, 2020.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge